**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X        Case No1 23-11564-MEW

IN RE:

**Madison Global LLC dba Nello Restaurant**

                                  **Debtor,**                            **Chapter 7**

---------------------------------------------------------------X

## ORDER GRANTING MOTION OF THE DEBTOR MADISON GLOBAL LLC DBA NELLO RESTAURANT CONVERTING THE CHAPTER 7 CASE TO CHAPTER 11

Madison Global LLC dba Nello Restaurant, the debtor **(Debtor)** filed a petition under Chapter 7 of the Bankruptcy Code on September 28, 2023. The Debtor on October 12, 2023 filed a motion to convert the case to a case under Chapter 11 of the Bankruptcy Code pursuant to 11 U.S.C. 706(a) (the **"Conversion Motion"**). Dkt # 5. The court finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or § 1307, and that the debtor is entitled to be a debtor under chapter 11.

The Conversion Motion having been served on the Chapter 7 Trustee and United States Trustee's office came up for hearing on October 17, 2023; and the Chapter 7 Trustee and United States Trustee having consented to the said relief requested by the Conversion Motion.

**IT IS ORDERED THAT:**

1. This chapter 7 case is converted to a case under chapter 11.

2. The debtor within 14 days of the date of this order shall file a list of the debtor's equity security holders of each class, showing the number and kind of interests registered in the name of each holder and the last known name and address or place of business of each holder, as required by Bankruptcy Rule 1007(a)(3).

3. Except as otherwise provided by Bankruptcy Rules 1007(b), (c) or 1019, the debtor within 14 days of the date of this order shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed.

4. The debtor within 2 days of the date of this order shall file a list of the names, addresses, and amount of claims of the creditors that hold the 20 largest unsecured claims, as required by Bankruptcy Rule 1007(d).

5. The chapter 7 trustee shall:

    a. forthwith turn over to the debtor in possession, or chapter 11 trustee if one has been appointed, all records and property of the estate under the trustee's custody and control; and

    b. within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on administration of the case, as required by 11 U.S.C. § 704(a)(9).

6. The **Debtor** immediately shall pay any additional filing fee upon the entry of the order converting the case

Dated: October 30, 2023  
New York New York

                                                          **s/Michael E. Wiles**  
                                                          Judge Michael E. Wiles